In the Matter of JUDITH ACKERMAN et al., Respondents, against PAUL J. KERN et al., Constituting the Municipal Civil Service Commission of the City of New York et al., Appellants.

Submitted May 29, 1939; decided July 11, 1939.

*Albert de Roode* for motion.

*William C. Chanler,* Corporation Counsel (*Paxton Blair* and *Samuel J. Silverman* of counsel), opposed.

Motion denied.